```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

       AUG 1 9 2008

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR08-0947 PHX-NVW (MHB) |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Akram Musa Abdallah, a.k.a. Abu Saiaf, | VIO:  18 U.S.C. § 1001(a)(2) (False Statements) Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or between January 24, 2007, and January 27, 2007, in the District of Arizona, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, defendant, AKRAM MUSA ABDALLAH, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents with the Federal Bureau of Investigation; that is, defendant represented that he was not involved in fund raising activities for the Holy Land Foundation for Relief & Development, an organization alleged to have provided financial support for Hamas, a designated Foreign Terrorist Organization, when, in fact, between approximately 1994 and 1997, defendant was involved in fund raising activities,

//

//

including but not limited to, organizing, facilitating and coordinating fund raising events on behalf of the Holy Land Foundation for Relief & Development in the Phoenix metropolitan area.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 19, 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona

s/
DAVID A. PIMSNER
Assistant U.S. Attorney

s/
BARRY JONAS
Trial Attorney
Counter Terrorism Section

2