UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST -- CRIMINAL

____ Motion to Suppress     XX  Sentencing     ____ Jury Trial

USA v. ABDALLAH, AKRAM, MUSA                CR-08-0947-01-PHX-NVW
       Last, First, Middle                   Year-Case Nr-Deft Nr-Judge

              √  GOVERNMENT              ____ DEFENDANT

| EXHIBIT NO. | DATE MARKED FOR EVIDENCE | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1 |  | 12/11/09 | Transcript of Telephone Call Dated 7/12/94 (Akram Abdallah and Abu Ibrahim) |
| 2 |  | 12/11/09 | Transcript of Telephone Call Dated 3/3/95 (Akram Abdallah and Um Zayd) |
| 3 |  | 12/11/09 | Transcript of Telephone Call Dated 3/3/95 (Akram Abdallah and Abu Muhammad) |
| 4 |  | 12/11/09 | Transcript of Telephone Call Dated 10/23/95 (Akram Abdallah and Shukri Abu Bakir) |
| 5 |  | 12/11/09 | Transcript of Telephone Call Dated 12/23/95 (Akram Abdallah and Muhammad Ibrahim) |
| 6 |  | 12/11/09 | Transcript of Telephone Call Dated 1/10/96 (Akram Abdallah and Shabeen Jaffer) |
| 7 |  |  | Transcript of Telephone Call Dated 1/12/96 (Akram Abdallah and Shukri Abu Bakir) |
| 8 |  | 12/11/09 | Transcript of Telephone Call Dated 10/31/96 (Akram Abdallah and Muhammad (LNU)) |
| 9 |  | 12/11/09 | Transcript of Akram Abdallah Interview Dated 1/24/07 |

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 04 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| EXHIBIT NO. | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 10 | | | Transcript of Akram Abdallah Interview Dated 1/26/07 |
| 11 | | | HLF Monthly Report November 1995 |
| 12 | | | HLF Monthly Report December 1995 |
| 13 | | 12/11/09 | HLF Flyer |
| 14 | | 12/11/09 | Contact Numbers |
| 15 | | | MCI Telephone Bill |
| 16 | | 12/11/09 | HLF Pledge Cards and Envelopes |
| 17 | | | ICPC Business Card for Mohammad El-Mezain |
| 18 | 12/11/09 | 12/11/09 | Letter |
| 19 | | | |
| 20 | | | |
| 21 | | | |